137 A.3d 573

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Alwasi YONG, Respondent.**

Supreme Court of Pennsylvania.

May 24, 2016.

420

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of May, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

> Did the Superior Court—in contravention of the United States Supreme Court precedent and overwhelming supporting authority from this Court, the Superior Court itself, and virtually every federal and state court—err in holding that the Fourth Amendment does not permit a member of a close group of officers working as a team to act on the collective knowledge of that team, absent a directive or instruction issued by an officer who possesses probable cause?

Justice WECHT did not participate in the consideration or decision of this matter.